Carrie KELLY, Administratrix of Estate of Justin Kelly, Deceased, as Assignee of Dallas Matthias, d/b/a Dallas Matthias Tree Service, Petitioner

v.

H.C. KERSTETTER CO., Central Insurers Group, Inc. and Thomas Berich, Respondents

No. 537 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Shahied I. JONES, Petitioner

No. 649 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Vincent TOLENTINO, Petitioner

No. 460 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.